**Order filed, July 27, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00331-CR**

_____

**JEFFERY ANDRE MCDONALD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1599898**

## ORDER

The reporter's record in this case was due July 5, 2022.  *See* Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on July 6, 2022. No response was received, and the record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Arlene Webb**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise, and Jewell.